IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Plaintiff(s) | ) ) ) ) | WARHEIT et al |
| v. | ) ) ) ) ) | Civil Action No. **09-0131** |
| Defendant(s) | ) | TRICON CONSTRUCTION, LLC et al |

**REPORT OF MEDIATION**

A mediation session was held in the above captioned matter on June 24, 2009.

A follow up session (please check one):
\_\_\_\_\_ is scheduled.
\_\_X\_\_ is not scheduled.

The case (please check one):
\_\_X\_\_ has settled
\_\_\_\_\_ has settled in part
\_\_\_\_\_ has not settled.

If the case has settled in part, please indicate the part that has settled.

Stipulations that the parties agreed may be disclosed are: None

What discovery did the parties engage in prior to the ADR session (amount and type of discovery)? Only the mandatory initial disclosures were made.

Dated: June 25, 2009         S/ Kenneth J. Benson
                             Signature of Neutral